**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

| | | |
|---|---|---|
| **AMANDA MOSS, Individually and as Parent and Next Friend of MCKENZIE COTTON, a minor** | ) ) ) ) | |
| *Plaintiff* | ) ) | |
| **vs.** | ) ) | Case No: 2:23-cv-00022-KGB |
| **CADEN ZANE CARPENTER, ANNE HICKS, KATHY WOODALL, ALLEN WOODALL, FELECIA STREET JONES, and PHILLIP MATTHEW JONES** | ) ) ) ) ) | |
| *Defendants* | ) | |

**DIVERSITY DISCLOSURE STATEMENT**

Comes the Plaintiff Amanda Moss, Individually and as Next Friend of McKenzie Cotton, a minor, by and through counsel, and files this Disclosure Statement in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a). Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

1

| | |
|---|---|
| Amanda Moss | Louisiana |
| Party or Intervenor Name | Citizenship |
| | |
| McKenzie Cotton | Louisiana |
| Party or Intervenor Name | Citizenship |
| | |
| Caden Zane Carpenter | Arkansas |
| Party or Intervenor Name | Citizenship |
| | |
| Anne Hicks | Arkansas |
| Party or Intervenor Name | Citizenship |
| | |
| Kathy Woodall | Arkansas |
| Party or Intervenor Name | Citizenship |
| | |
| Allen Woodall | Arkansas |
| Party or Intervenor Name | Citizenship |
| | |
| Felecia Street Jones | Arkansas |
| Party or Intervenor Name | Citizenship |
| | |
| Phillip Matthew Jones | Arkansas |
| Party or Intervenor Name | Citizenship |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

        Respectfully Submitted,

        Taylor King & Associates, P.A.
        320 Main Street, PO Box 972
        Arkadelphia, AR 71923
        Ph: (870) 246-0505
        Fx: (870) 246-0529

By: Russell Marlin
     Russell Marlin, Bar No. 2000107
     russellmarlin@taylorkinglaw.com