IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AMANDA MOSS, Individually and as**
**Parent and Next Friend of**
**MCKENZIE COTTON, a minor**                                              **PLAINTIFF**

**V.**                       **Case No. 2:23-cv-00022-KGB**

**CADEN ZANE CARPENTER, ANNE**
**HICKS, ALLEN WOODALL, and**
**ANTOINETTE WOODALL**                                                    **DEFENDANTS**

## NOTICE OF SETTLEMENT

Comes now the Plaintiff, Amanda Moss, Individually and as Parent and Next Friend of McKenzie Cotton, a Minor, by and through her attorneys, Taylor King & Associates, P.A., and for her Notice of Settlement, states:

All parties have now been able to resolve their differences. The plaintiff requests that the case be removed from the trial docket but remain open until all settlement details can be completed. Once complete, the Plaintiff will submit a motion to dismiss the case.

Respectfully submitted,

Taylor King & Associates, P.A.
320 Main Street
Arkadelphia, AR 71923
(870) 246-0505
(870) 246-0529 fax
russellmarlin@taylorkinglaw.com

By:   /s/Russell Marlin_____
      Russell Marlin, Bar No. 2000107

## **CERTIFICATE OF SERVICE**

  I, Russell Marlin, certify that on April 4, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record as listed below:

John R. Byrd, Sr.
Byrd Law Firm, PA
byrdlaw@sbcglobal.net

Roy Gene Sanders
Matthews, Sanders & Sayes
rsanders@msslawfirm.com

Eric Hughes
Hughes & Hughes Law Firm
eric@ehugheslaw.com

                /s/Russell Marlin_____
                Russell Marlin