IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AMANDA MOSS, individually as parent
and next friend of McKenzie Cotton, a minor**         **PLAINTIFF**

v.                  Case No. 2:23-cv-00022 KGB

**CADEN ZANE CARPENTER**, *et al.*                   **DEFENDANTS**

## ORDER

Before the Court is the motion to dismiss with prejudice of plaintiff Amanda Moss individually and as parent and next friend of McKenzie Cotton, a minor (Dkt. No. 75). Ms. Moss states that the parties have settled their differences and the case should be dismissed with prejudice (*Id.*). Accordingly, the Court grants the motion and dismisses the case with prejudice (*Id.*). So ordered this 18th day of June, 2025.

Kristine G. Baker
Chief United States District Court Judge